UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOTTIE THOMPSON-GROVES and WILLIAM GROVES, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 1:20-CV-61-WS-N ) |
| SARALAND LOOP ROAD, LLC, BURKE'S OUTLET STORES, LLC, FAMILY DOLLAR STORES OF ALABAMA, LLC, GPF, INC., and ROUSE'S ENTERPRISES, LLC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Lottie Thompson-Groves and William Groves, and Defendants, Saraland Loop Road, LLC, Burke's Outlet Stores, LLC, Family Dollar Stores of Alabama, LLC, GPF, Inc., and Rouse's Enterprises, LLC (collectively, the "Parties"), by and through undersigned counsel, hereby give notice to the Court that the Parties have reached a settlement in principle in the above-styled action. The Parties request that they be given twenty (20) days to finalize the terms of the settlement agreements and to file a joint stipulation of dismissal with prejudice to the Court. The Parties further request that all deadlines be stayed while they finalize the settlement.

Respectfully submitted this 13th day of August, 2020.

| | |
|---|---|
| */s/ Cassie E. Taylor* | */s/ Jacob R. Dean* |
| Cassie E. Taylor | JACOB R. DEAN |
| AL Bar #8297-N67R | GREENBERG TRAURIG, LLP |
| ADA Group LLC | 3333 Piedmont Road, N.E. |
| 4001 Carmichael Road, Suite 570 | Terminus 200, Suite 2500 |
| Montgomery, Alabama 3 6106 | Atlanta, Georgia 30305 |
| Telephone: 334-356-5314 | Telephone: (678) 553-2161 |
| Email: CET@ADA-Firm.com | Email: deanj@gtlaw.com |
| ***Attorney for Plaintiff*** | ***Attorney for Burke's Outlet Stores, LLC*** |

/s/ *Anne Laurie McClurkin*
ANNE LAURIE McCLURKIN
(MCCLA2262)
The Kullman Firm
*A Professional Law Corporation*
Post Office Box 1287
Mobile, Alabama 36633
Telephone: (251) 432-1811
Email: alm@kullmanlaw.com
**Attorney for GPF, Inc.**

/s/ *Kenyen R. Brown*
KENYEN R. BROWN
MAYNARD COOPER & GALE, PC
11 North Water Street, Suite 24290
Mobile, AL 36602-5024
Telephone: (251) 432-0001
Facsimile: (251) 432-0007
Email: kbrown@maynardcooper.com
**Attorney for Saraland Loop Road, LLC**

/s/ *Charles A. Powell, IV*
CHARLES A. POWELL, IV
LITTLER MENDELSON, P.C.
420 20th St. N., Suite 2300
Birmingham, AL 35203
Telephone: (205) 421-4703
Facsimile: (205) 278-8775
Email: Cpowell@littler.com
**Attorney for Family Dollar Stores of Alabama, LLC**

/s/ *Michael R. Dodson*
MICHAEL R. DODSON
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
Email: mdodson@fishmanhaygood.com
**Attorney for Rouse's Enterprises, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 13, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

                                        */s/ Jacob R. Dean*
                                        JACOB R. DEAN