IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LOTTIE THOMPSON-GROVES** and **WILLIAM GROVES,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION 20-0061-WS-N<br>) |
| **SARALAND LOOP ROAD, LLC,** *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**ORDER**

On August 13, 2020, the parties filed a Joint Notice of Settlement (doc. 29), confirming that they have reached a settlement in principle of this action in its entirety. The parties indicate that they expect to finalize their settlement within the next 20 days. In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his, her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 14th day of August, 2020.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE